UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGIE CREER, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD RESERVE MONETARY EXCHANGE, UNIVERSAL MEDIA SYNDICATE, ARTHUR MIDDLETON CAPITAL HOLDINGS, INC., RODNEY NAPIER, and DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. SACV 10-1101 AG (JCGx)<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | On March 29, 2011, the Court granted a motion to dismiss the amended |
| 2 | complaint, filed by Defendants Arthur Middleton Capital Holdings, Inc., World |
| 3 | Reserve Monetary Exchange, and Universal Media Syndicate. The Court granted that |
| 4 | motion with leave to amend within 14 days. On the same date, the Court also granted |
| 5 | a motion to dismiss the amended complaint, filed by Defendant Rodney Napier for |
| 6 | lack of jurisdiction. |
| 7 | Plaintiff Algie Creer ("Plaintiff") has not filed a second amended complaint. |
| 8 | More than 14 days has passed since the Court granted those motions to dismiss. |
| 9 | On May 10, 2011, the Court dismissed the case. Therefore, |
| 10 | IT IS HEREBY ORDERED AND ADJUDGED that: (1) Plaintiff take nothing in |
| 11 | this case; and (2) Judgment be entered in favor of Defendants Arthur Middleton |
| 12 | Capital Holdings, Inc., World Reserve Monetary Exchange, Universal Media |
| 13 | Syndicate and Rodney Napier on Plaintiff's amended complaint. |
| 14 | |
| 15 | **IT IS SO ORDERED** |
| 16 | |
| 17 | Dated: May 11, 2011         _____ |
| 18 |                                              HON. ANDREW J. GUILFORD |
|    |                                              UNITED STATES DISTRICT COURT JUDGE |